IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 35 S

UNITED STATES OF AMERICA )
)
v. ) CR. No.
) In Violation of 8 U.S.C.
) §§ 1326(a) and (b)(2)
)
SERGIO R. PAIZ )

FILED
MAR 08 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

On or about February 27, 2006, Defendant SERGIO PAIZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States,

All in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

________________________
Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
Assistant U.S. Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

3-8-06
DATE

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode Island

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): RICHARD W. ROSE

CASE NO.

USA vs.

Defendant: SERGIO R. PAIZ

Address: 116 Hendricks Street
Central Falls, RI 02863

☐ Interpreter Required Dialect:

Birth Date 5/23/1981

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number 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

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County Providence

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date 2/27/2006 or Date Transferred to Federal Custody

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 8 USC 1326(a)and (b)(2) | Illegal Reentry | ☒ Felony ☐ Misdemeanor |
| | 20 Years Imprisonment; $250,000 fine; | | ☐ Felony ☐ Misdemeanor |
| | 3 Years Supervised Release; and | | ☐ Felony ☐ Misdemeanor |
| | $100 Special Assessment | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 2 | | ☐ Felony ☐ Misdemeanor |