AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number: CR 06-35S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Sergio Paiz

I certify that I am admitted to practice in this court.

3-14-06

Date

Signature

Edward C Roy Jr. 3229

Print Name | Bar Number

10 Weybossett Street, Suite 300

Address

Providence | RI | 02903

City | State | Zip Code

(401) 528-4281 | (401) 528-4285

Phone Number | Fax Number