AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

SERGIO R. PAIZ

**WARRANT FOR ARREST**

CASE NUMBER: CR06-35S

RECEIVED

MAR 08 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SERGIO R. PAIZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| JEANNINE THEADL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | March 8, 2006 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at arrested by ICE | | |
| DATE RECEIVED 03/08/2006<br>DATE OF ARREST 03/14/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |