**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-CR-35S** |
| | ) | |
| **SERGIO R. PAIZ** | ) | |

---

## MOTION TO CONTINUE

Now comes the accused, Sergio R. Paiz, by and through his counsel, and moves this Honorable Court to continue the trial of this matter presently scheduled for a trial calendar call on April 11, 2006 and empanelment on May 2, 2006. The undersigned is requesting this matter be continued for an additional sixty (60) days on the grounds that the defendant has indicated that he is in the process of hiring private counsel to represent him in this matter.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Sergio R. Paiz
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Richard Rose, Assistant United States Attorney, on April 3rd, 2006.