**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIM. NO.: CR-06-35S** |
| | : | |
| **SERGIO R. PAIZ** | : | |

**ENTRY OF APPEARANCE**

NOW COMES, Attorney David A. Cooper and hereby enters his appearance on behalf of the Defendant, Sergio Paiz with regard to the above-entitled matter.

Respectfully Submitted,

DAVID A. COOPER (RIBA #1981)
Cooper Law Associates
127 Dorrance Street 2nd Floor
Providence, RI 02903
(401) 273-1880 Phone
(401) 331-2336 Facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true and accurate copy of the within Assistant U.S. Attorney, Richard Rose, Assistant U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and to Edward Roy, Assistant Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903, by regular mail, postage prepaid, this 7th day of April, 2006.