UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CRIM. NO.: CR-06-35S
:
SERGIO R. PAIZ :

**DEFENDANT'S MOTION FOR CONTINUANCE**

Now comes the Defendant, Sergio R. Paiz, by and through his attorney, David A. Cooper, hereby moves for a continuance of the Trial Calendar Call in the above entitled matter. In support of said Motion, Defendant states as follows:

Counsel for the Defendant has just recently entered his appearance on this case and received the Plea Agreement from the Government's counsel on or about April 6, 2006 and would ask that the matter be continued to the next available calendar date in order to afford counsel the time to meet with the Defendant to discuss said plea agreement. It is expected that this matter will be resolved prior to the next calendar call.

Undersigned counsel certifies that counsel for the Government, Richard Rose, has stated that he does not object to the instant Motion for Continuance.

Therefore, the Defendant respectfully requests that the Court grant him a continuance to the next available date.

Respectfully submitted,
Sergio Paiz,
By his Attorney,

David A. Cooper, Esq.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 273-1880

**CERTIFICATION**

I hereby certify that on this 10th day of April, 2006, I faxed and mailed a copy of the within to Assistant U.S. Attorney, Richard Rose, Assistant U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and to Edward Roy, Assistant Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903, by regular mail, postage prepaid.

Lisa Hopkins