AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

United States

v

Sergio R. Paiz

## APPEARANCE

CASE NUMBER: CR-06-35S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Sergio R. Paiz

4-11-06
*Date*

David A. Cooper #1981
*Signature*

David A. Cooper
*Print Name*

127 Dorrance St
*Address*

Prov RI 02903
*City* *State* *Zip Code*

401-273-1880
*Phone Number*